UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18 CR 697 |
| Plaintiff | ) ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| BO BRYANT HOSTETTLER, | ) ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on April 19, 2024, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Bo Bryant Hostettler was present and represented by Assistant Federal Public Defender Carolyn Kucharski. The United States was represented by Assistant United States Attorney Brenna Fasko. The Pretrial Services and Probation Office was represented by Ashley Frank. The court reporter was Susan Trischan. The defendant admitted to supervised release violation as set forth on the record and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervised release is revoked. Defendant is hereby committed to 10 months custody of the Bureau of Prisons, with credit for time served. A two-year term of supervised release shall follow, with the same terms and conditions as previously imposed, to include mental health treatment, and the added condition that Defendant must not

use or possess alcohol. Upon release from imprisonment, Defendant shall participate in an intensive residential treatment program, at the discretion of the Probation Officer Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                              /s/*SOLOMON OLIVER, JR.*
                                              UNITED STATES DISTRICT JUDGE

April 22, 2024