UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:18 CR 697 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| BO BRYANT HOSTETTLER, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On March 13, 2025 the above captioned case was before Magistrate Judge Jennifer D. Armstrong for and Initial Appearance regarding supervised release violation. At that hearing, Defendant admitted to the violations as set forth on the record, and Magistrate Judge Armstrong issued a Report and Recommendation to this court, finding that Defendant has violated the terms and conditions of his supervised release. Defendant was remanded to custody pending further hearing of this court.

The court held a sentencing hearing regarding the violations on March 18, 2025. Assistant United States Attorney Jennifer King was present on behalf of the United States. Assistant Federal Public Defender Darin Thompson was present with Defendant Bo Bryant Hostettler. The Probation Officer was Katelyn Keck. The court has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. Further, the court finds that Defendant

admitted to the violations as charged before this court.  As a result, the court finds that the Defendant has violated the terms of his supervised release.  The court hereby adopts the Magistrate's Report and Recommendation (ECF No. 54).

IT IS ORDERED that Defendant's supervised release is revoked.  Defendant is committed to the custody of the Bureau of Prisons for 4 months, with credit for time served.  The court recommends that Defendant serve this time at Mahoning County Jail, if appropriate. A nine month term of supervised release shall follow, with the same terms and conditions as previously imposed.  Defendant's mental health treatment condition shall continue.  Further, Defendant shall be placed in a residential drug treatment facility, as directed by his Probation Officer upon the completion of his prison sentence. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 18, 2025